# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00430-CV
## NO. 03-11-00431-CV

**In re White Stallion Energy Center, LLC**

**In re Texas Commission on Environmental Quality**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petitions for writ of mandamus are denied. *See* Tex. R. App. P. 52.8(a).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Filed:   July 29, 2011